UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 23 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ROBERT MERRITT                          §
                                        §        CIVIL ACTION NO. _____
VS.                                     §                        (JURY)
                                        §
HOME DEPOT INTERNATIONAL, INC.          §        H-05 - 588

## NOTICE OF REMOVAL

TO THE HONORABLE COURT:

COMES NOW, HOME DEPOT U.S.A, INC., incorrectly sued as HOME DEPOT INTERNATIONAL, INC., and files this its Notice of Removal and would respectfully show as follows:

### INTRODUCTION

1.      Plaintiff, ROBERT MERRITT, filed suit in Cause No. 829756 in the County Civil Court at Law Number Four (4) of Harris County, Texas. Defendant, HOME DEPOT U.S.A., INC., was served with and first received notice of this suit on January 27, 2005, when Plaintiff served Defendant through CT Corporation System. Defendant has timely filed this Notice of Removal within the 30-day time period required by 28 U.S.C. §1446(b).

### NATURE OF THE SUIT

2.      Plaintiff alleges that on December 14, 2004, he sustained injuries when he tripped on some banding material lying in an aisle way at The Home Depot Store located at 6810 Gulf Freeway, Houston, Harris County, Texas 77087.

3.      This is a premises liability action wherein Plaintiff alleges that he suffered serious and permanent bodily injuries as a direct result of the occurrence caused by Defendant's negligence in failing to exercise reasonable care to protect invitees from

dangerous conditions that pose unreasonable risk of harm and which dangerous conditions Defendant knew of should have known.

## BASIS FOR REMOVAL

4.     Removal is proper because there is complete diversity of citizenship between Plaintiff and Defendant. Plaintiff is a citizen of the State of Texas.  Defendant is not a citizen of the State of Texas. Defendant, HOME DEPOT U.S.A., INC., is a Delaware Corporation and its principal place of business is in Atlanta, Georgia.

5.     The amount in controversy exceeds $75,000.00 exclusive of interests, costs, and attorneys' fees.

## VENUE AND JURISDICTION

6.     Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place in which the removed action has been pending.

7.     This Court has jurisdiction of this action by virtue of the provisions of 28 U.S.C. §1332 in that this is a case of diversity of citizenship between the parties with the amount in controversy exceeding $75,000.00, exclusive of interest and costs.

## DEFENDANT'S NOTICE OF REMOVAL
## IS PROCEDURALLY CORRECT

8.     All Defendants who have made an appearance join in the removal of this action.

9.     Defendant has attached to this notice, all process, pleadings and orders served upon Defendant in the state court action as required by 28 U.S.C. §1446(a). (See attached Exhibit A).

10.    Defendant has attached to this notice the documents as required by Local Rule CV-3(a).

## JURY DEMAND

**11.**     Defendant, HOME DEPOT U.S.A., INC., makes demand for a jury trial in this Honorable Court.

## NOTICE TO STATE COURT

**12.**     Defendant will promptly file a copy of this Notice of Removal with the Clerk of the state court in which this action has been pending.

Respectfully submitted by,

A. SCOT CHASE
SBN 04148550

ATTORNEY-IN-CHARGE FOR DEFENDANT

OF COUNSEL:

KAROTKIN, CHASE & ERWIN, L.L.P.
3555 Timmons Lane, Suite 850
Houston, Texas 77027
(713) 963-0533
FAX (713) 963-0544

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing pleading was duly served upon all parties or their counsel of record by facsimile, messenger or by placing same in the United States Mail, postage prepaid, to the individuals listed below, on this ___23rd___ day of February 2005, and a true copy of said pleading was promptly filed in the office of the United States District Court for the Southern District of Texas – Houston Division together with this proof of service.

Ryan K. Brent                                                    **VIA FAX (713) 425-7210**
Vasquez & Sammons, L.L.P.
440 Louisiana, Suite 1440
Houston, TX  77002

A. SCOT CHASE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ROBERT MERRITT                          §
                                        §          CIVIL ACTION NO. _____
VS.                                     §                       (JURY)
                                        §
HOME DEPOT INTERNATIONAL, INC.          §

## **INDEX OF MATTERS BEING FILED**

TO:   THE CLERK OF THE SOUTHERN DISTRICT COURT OF TEXAS, HOUSTON
      DIVISION

        Pursuant to Rule 81 of the Local Rules of the Southern District of Texas,

Defendant, HOME DEPOT U.S.A., INC., incorrectly sued as HOME DEPOT

INTERNATIONAL, INC., attaches this Index of Matters Being Filed to their Notice of

Removal.

        1.      Plaintiffs' Original Petition from State Court Action

        2.      Defendant's Original Answer from State Court Action

        3.      List of Counsel of Record

646118                    829756

CAUSE NO. _____

| | | |
|---|---|---|
| ROBERT MERRITT,<br>   *Plaintiff,*<br>VS. | §<br>§<br>§<br>§ | IN THE CIVIL COUNTY COURT<br><br>AT LAW NO. C.C.C.L. #4 |
| HOME DEPOT INTERNATIONAL, INC.,<br>   *Defendant.* | §<br>§<br>§<br>§ | <br>HARRIS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, ROBERT MERRITT, ("Plaintiff"), complaining of Defendant, HOME DEPOT INTERNATIONAL, INC., ("Defendant") and for cause of action would respectfully show the Court and Jury as follows:

### I.

### DISCOVERY CONTROL PLAN

Plaintiff intends discovery in this case be conducted under the provisions of Texas Rule of Civil Procedure 190.4 (Level 3). Plaintiff respectfully requests that the Court enter a Level 3 Discovery Order setting forth: (i) a date for trial; (ii) a discovery period during which either all discovery must be conducted or all discovery requests must be served; (iii) deadlines for amending or supplementing pleadings; and (iv) deadlines for designating expert witnesses.

### II.

### PARTIES

Plaintiff, ROBERT MERRITT, is a resident citizen of Harris County, Texas.

Defendant, HOME DEPOT INTERNATIONAL, INC., is a foreign corporation doing business in the State of Texas and may be served with citation by serving its registered agent, to wit: C.T. Corporation System, 350 N. St. Paul St., Dallas, Texas 75201.

To the extent that Defendant is conducting business pursuant to a trade name or assumed name, then suit is brought against them pursuant to the terms of Rule 28, Texas Rules of Civil Procedure, and Plaintiff hereby demands that upon answering this suit, that they answer in their correct legal name and assumed name.

## III.

## VENUE

Venue is proper in Harris County, Texas because this is the county in which all or a substantial part of the events or omissions giving rise to the claim occurred.

## IV.

## BACKGROUND

This lawsuit arises out of severe and permanent injuries and damages sustained by Plaintiff on or about December 14, 2004 at approximately 11:15a.m.  On that date, Plaintiff was an invitee at the Home Depot #6509, located at 6810 Gulf Freeway, Houston, TX 77087, which is owned and/or occupied by Defendant.  Defendant's acts and/or omissions were a proximate cause of Plaintiff's injuries and damages in their capacity as premises owner, premises occupier, and/or the creator of a dangerous condition.

## V.

## CAUSE OF ACTION

The evidence will show that Defendant, as premises owner and/or occupier, had the duty to exercise reasonable care to protect invitees, such as the Plaintiff, from dangerous conditions on the premises which posed an unreasonable risk of harm to the Plaintiff, of which Defendant knew or should have known. The evidence will show that Defendant breached these duties. These acts and omissions constitute negligence under Texas law, and such negligence was a proximate cause of the occurrence in question, and Plaintiff's resulting injuries and damages.

## VI.

## DAMAGES

As a result of the incident in question, Plaintiff has incurred personal injuries, mental anguish, lost wages, physical pain and suffering, medical expenses, and physical impairment. Furthermore, Plaintiff will in all reasonable likelihood continue in the future, to incur damages for mental anguish, lost earning capacity, physical pain and suffering, medical expenses, and physical impairment.   Plaintiff seeks all legally recoverable damages, actual and special under Texas law, including costs of court, exemplary damages, and pre-judgment and post-judgment interest, if any. Plaintiff's damages at this time are in excess of the minimum jurisdictional limits of this Court.

## VII.

## JURY DEMAND

Plaintiff respectfully demands a jury trial and herewith tenders the appropriate fee.

*Plaintiff's Original Petition*                                            -3-

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer herein, and that upon final trial that she have judgment against such Defendant for her damages as specified above, pre-judgment and post-judgment interest at the legal rate, for her costs of Court, and for such other and further relief to which she may be justly entitled under the facts and circumstances.

Respectfully submitted,

VASQUEZ & SAMMONS, L.L.P.

BY: _____

Ryan K. Brent
TBN: 24040571
440 Louisiana, Suite 1440
Houston, Texas 77002
Tel.: (713) 425-7200
Fax: (713) 425-7210

**ATTORNEYS FOR PLAINTIFF**



NO. 829756

| ROBERT MERRITT | § | IN THE COUNTY COURT AT |
| | § | |
| VS. | § | LAW NUMBER FOUR (4) OF |
| | § | |
| HOME DEPOT INTERNATIONAL, INC. | § | HARRIS COUNTY, T E X A S |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, HOME DEPOT U.S.A., INC., incorrectly sued as Home Depot International, Inc., Defendant in the above-entitled and numbered cause and files this its Original Answer to Plaintiff's Original Petition, and in support thereof, would respectfully show unto the Court the following:

I.

Subject to such admissions and stipulations as may hereafter be made, Defendant denies generally the allegations contained in Plaintiff's Original Petition, and calls upon the Plaintiff to prove such allegations by a fair preponderance of the evidence, as required by the Constitution and Laws of the State of Texas.

II.

Defendant hereby demands a trial by jury, the fee for which has previously been tendered by Plaintiff's attorney on January 10, 2005.

WHEREFORE, PREMISES CONSIDERED, Defendant, HOME DEPOT U.S.A., INC., prays for judgment that Plaintiff take nothing by reason of this suit, that Defendant recover its costs, and for such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

KAROTKIN, CHASE & ERWIN, L.L.P.

By: _____

A. SCOT CHASE
SBN 04148550
3555 Timmons Lane, Suite 850
Houston, Texas  77027
(713) 963-0533
FAX (713) 963-0544

**ATTORNEYS FOR DEFENDANT,
HOME DEPOT U.S.A., INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all counsel of record pursuant to Rule 21a, Tex. R. Civ. P., on this 18TH day of February 2005.

Ryan K. Brent                                      **VIA FAX (713) 425-7210**
Vasquez & Sammons, L.L.P.
440 Louisiana, Suite 1440
Houston, TX  77002


_____

A. SCOT CHASE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ROBERT MERRITT                                §
                                              §        CIVIL ACTION NO. _____
VS.                                           §                                (JURY)
                                              §
HOME DEPOT INTERNATIONAL, INC.                §

## LIST OF COUNSEL OF RECORD

TO:    THE CLERK OF THE SOUTHERN DISTRICT COURT OF TEXAS, HOUSTON
       DIVISION.

       Pursuant to the Local Rules of the Southern District of Texas, Rule 81(6),

Defendant, HOME DEPOT U.S.A., INC., incorrectly sued as HOME DEPOT

INTERNATIONAL, INC., files this List of Counsel of Record:

1.     Ryan K. Brent
       VASQUEZ & SAMMONS, L.L.P.
       440 Louisiana, Suite 1440
       Houston, TX  77002
       (713) 425-7200
       FAX (713) 425-7210

       Mr. Brent is counsel for Plaintiff, ROBERT MERRITT.

2.     A. Scot Chase
       KAROTKIN, CHASE & ERWIN, L.L.P.
       3555 Timmons Lane, Suite 850
       Houston, TX  77027
       Phone (713) 963-0533
       FAX (713) 963-0544

       Mr. Chase is counsel for Defendant, HOME DEPOT, U.S.A., INC.

                              Respectfully Submitted,

                       By: _____
                              A. SCOT CHASE
                              SBN 04148550

                       ATTORNEY-IN-CHARGE FOR DEFENDANT

OF COUNSEL:

KAROTKIN, CHASE & ERWIN, L.L.P.
3555 Timmons Lane, Suite 850
Houston, Texas 77027
(713) 963-0533
FAX (713) 963-0544

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing pleading was duly served upon all parties or their counsel of record by facsimile, messenger or by placing same in the United States Mail, postage prepaid, properly addressed to the individuals listed below, on this ___23rd___ day of February 2005, and a true copy of said pleading was promptly filed in the office of the United States District Court for the Southern District of Texas – Houston Division together with this proof of service.

Ryan K. Brent                          **VIA FAX (713) 425-7210**
Vasquez & Sammons, L.L.P.
440 Louisiana, Suite 1440
Houston, TX  77002

_____
A. SCOT CHASE

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

ROBERT MERRITT

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

**DEFENDANTS**

HOME DEPOT INTERNATIONAL, INC.

FEB 23 2005

Michael N. Milby, Clerk of Court

**H-05 - 588**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Harris
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Georgia
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Ryan K. Brent (713) 425-2700
Vasquez & Sammons. L.L.P.
440 Louisiana, Suite 1440
Houston, TX 77002

ATTORNEYS (IF KNOWN)

A. Scot Chase (713) 963-0533
Karotkin, Chase & Erwin, L.L.P.
3555 Timmons Lane, Suite 850
Houston, TX 77027

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.

DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

U.S.C. §1332

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE Roberta Lloyd    DOCKET NUMBER 829756

DATE 2/23/2005    SIGNATURE OF ATTORNEY OF RECORD

A. SCOT CHASE

**UNITED STATES DISTRICT COURT**

# KAROTKIN, CHASE & ERWIN, L.L.P.

ATTORNEYS AT LAW
3555 TIMMONS LANE, SUITE 850
HOUSTON, TEXAS 77027
(713) 963-0533
FAX (713) 963-0544

DON KAROTKIN *
A. SCOT CHASE *
R. HARDING ERWIN, JR

------------

* Board Certified—Personal Injury Trial Law

PEGGY R. BAN
LADDIE LIVINGSTON
SUSAN M. MARETT
LAUREN S. MATTIUZZI
PHILIP A. SELLERS

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
FEB 23 2005
Michael M. Milby, Clerk of Court

February 23, 2005

Michael Milby
U.S. Deputy Clerk
515 Rusk
Houston, TX 77002

**VIA HAND DELIVERY**

H-05 - 588

RE:   C.A. No. _____; *Robert Merritt vs. Home Depot International, Inc.;* In the United States Distirct Court of Southern DisTexas

Dear Mr. Milby:

Enclosed for filing in the above-referenced matter please find **DEFENDANT'S NOTICE OF REMOVAL.**  Also enclosed is our firm check in the amount of $250.00 to cover the cost of filing.

Please file stamp the extra copy of these pleadings and return them to the undersigned in the enclosed stamped, self-addressed envelope as proof of filing.

Thank you for your assistance in this matter.

Very truly yours,

KAROTKIN, CHASE, & ERWIN, L.L.P.

A. Scot Chase

ASC:cas
Enclosures
524.2210\cor\fed clerk

cc:   Ryan K. Brent
Vasquez & Sammons, L.L.P.
440 Louisiana, Suite 1440
Houston, TX  77002

**VIA FAX (713) 425-7210**